of Appeal, First Circuit, Louisiana Civil Service Commission. 248 So.2d 69.

Application denied. The result is correct.

BARHAM, J., is of the opinion the writ should be granted. Petitioner's appeal to Civil Service Commission set forth grounds for appeal (deprivation of his rights, La. Const. Art. 14, Sec. 15(O) (2)) and that commission has jurisdiction under La.Const. Art. 14, Sec. 15(O) (1), Commission rules to the contrary can not prevail.

252 So.2d 454

**Maybelle M. OLSEN and Sharon M. Mitchell**

**v.**

**The CITY OF BATON ROUGE et al.**

**No. 51581.**

Sept. 28, 1971.

In re: Maybelle M. Olsen and Sharon M. Mitchell applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 247 So.2d 889.

Application denied. There is no final judgment on the merits. All rights are reserved.